Your Honor,

I have lived with the heart-wrenching loss of my beloved daughter, Alanna, for the last two and a half years. She was everything to me, and everything to my family and her fathers' family. She was a ray of sunshine I had never experienced in life, or even thought possible. She lit up the room, every room. She brought smiles to the faces of every person she ever met. Her face just radiated joy. She brought me closer to my parents and siblings, closer to her father and to everyone around us. She made me hope to be the person I never thought I could be. Alanna will never get to say her first words, make her first friend, ride a bicycle, fall in love, or any of the other parts of growing up. She isn't here to bring that joy to the rest of the world; a burden that I will carry with me for the rest of my life. My failure to keep her safe from the world of drug addiction is something I will never forgive myself for. The support of my family has helped me through the last two years, but the struggle of living life without Alanna will be with me and my family every single day for the rest of our lives.

Drug addiction has been an issue for me for parts of my adult life. My mental health condition, specifically my bi-polar conditions, has been a struggle for many years. Alanna's birth allowed me to escape that world for a brief period. However, my personal struggles led me and Alanna's dad back into the world of addiction. My addiction began subtly, as I sought relief from stress and emotional turmoil. It started as a choice and quickly became a dependence that had a powerful grip which felt impossible to escape. My addiction didn't begin with the drugs that led me to this place and ended my daughters life. Drug dealers feast on the weaknesses of those they supply. As I found myself struggling once again, Ms. Yi made sure that I was aware that she had more supply and sold us the fentanyl that I was never seeking originally. Our addiction started out slowly. As we fell further into using, Ms. Yi made sure I knew that she was available and could provide me with the horribly addicting drug, fentanyl. While the defendant did not cause my condition; she made it easy to maintain and enabled the addiction to cripple me. Ms. Yi knew we had a young baby, Alanna, and we spoke about her often when we met. She was with me sometimes when I would pick up drugs from Ms. Yi and clearly was more than willing to supply us and help us continue to use drugs.

Knowing the loss of child is a mother's worst nightmare, and the defendant chose to make sure I did not escape the clutches of the drugs she was supplying. Fentanyl has taken many lives over just the past few years. It took my daughter Alanna's life and has left mine in a state of ruin. Every day is full of grief, sorrow, guilt and remorse. No family should have to endure these tragic circumstances. The weight of my actions, decisions and failures that cost me my whole reason for living is my soul-crushing burden to bear, but I didn't get here alone. As much as I hope that this loss of life was the only one, I'm sure I'm not the only person she walked down this path that only spirals downward.

While I take full responsibility for my actions, I also want to make sure this doesn't happen to anyone else. This is why I have been cooperative during this entire time and truly believe this makes a difference. I am hopeful that with the result in this case, more lives will be saved rather than lost. Thank you to the Court for hearing my thoughts and thank you to the Prosecutors for their work.

Kelly Kirwan